## GUERNSEY v. RUBINGER.

(Supreme Court, Appellate Division, First Department.   May 12, 1911.)

ACTION (§ 38*)—CAUSES OF ACTION.

A complaint in an action in equity, which states facts showing the unlawful appropriation of plaintiff's property, and which asks for relief presenting two aspects, but based on the same facts, does not state two causes of action.

[Ed. Note.—For other cases, see Action, Cent. Dig. § 549;   Dec. Dig. § 38.*]

Appeal from Special Term, New York County.

Action by Henry M. Guernsey against Charles Rubinger.   From an order granting a motion to separately state and number alleged causes of action contained in the complaint, plaintiff appeals.   Reversed, and motion denied.

Argued before INGRAHAM, P. J., and CLARKE, SCOTT, MILLER, and DOWLING, JJ.

P. E. Jones, for appellant.
Wm. Smith, for respondent.

PER CURIAM.   This action is in equity.   The plaintiff states facts, and then asks for relief which presents two aspects, but which is based upon the same facts, viz., the unlawful appropriation of plaintiff's property.   Whether or not he would be entitled to all or any of the relief asked for must be determined on the trial.   But we do not think that two causes of action are stated.

The order must be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.